
RECEIVED
IN MONROE, LA
MAY 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM C. BURNS | CIVIL ACTION NO. 06-0114 |
| VS. | SECTION P |
| WARDEN, FRANKLIN PARISH DETENTION CENTER | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DENIED AND DISMISSED WITHOUT PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 5 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE